UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA-JAYNE JONES,<br><br>                               Plaintiff,<br><br>   - against -<br><br>TOYSRUS.COM, LLC<br><br>                               Defendant. | Docket No. _____<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Sara-Jayne Jones ("Jones" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant ToysRus.com, LLC, ("Toys" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a baby in a stroller, owned and registered by Jones, a photojournalist. Accordingly, Jones seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or are doing business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Jones is a professional photojournalist in the business of licensing her photographs to online, print, and television stations for a fee, having a usual place of business at 85 Hunters Crescent, Romsey, Hampshire, SO517UG.

6. Upon information and belief, Toys is a domestic business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 901 Avenue of the Americas, New York, New York 10001. At all times material hereto, Toys has owned and operated a website at the URL: www.ToysRUs.Co.Uk (the "Website").

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Photograph**

7. On or about October 4, 2016, Jones photographed a child in her stroller (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Jones is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph is registered with the US Copyright Office and was given registration number VA 2-026-510.

**B.  Defendant's Infringing Activities**

10. Upon information and belief, Toys ran an advertisement on Facebook to sell strollers that links back to the Website to sell the stroller. The advertisement prominently featured the Photograph. A true and correct copy of the Photograph on the advertisement is attached hereto as Exhibit B.

11. Toys did not license the Photograph from Plaintiff for its advertisement, nor did Toys have Plaintiff's permission or consent to publish the Photograph on its advertisement.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST TOYS)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Toys infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the advertisement. Toys is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Toys have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Toys be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
March 8, 2017

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Sara-Jayne Jones*